## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 7 |
| Tri-Valley Corporation, *et al.*,[1] | : | |
| | : | Case No. 12-12291 (MFW) |
| Debtors. | : | |
| | : | |
| CHARLES A. STANZIALE, JR., in his | : | |
| capacity as the Chapter 7 Trustee of Tri- | : | |
| Valley Corporation, *et al.*, | : | |
| | : | |
| Plaintiff. | : | |
| | : | |
| v. | : | |
| | : | |
| Flyres Energy LLC, | : | Adv. Pro. No. 14-50451 (MFW) |
| Luna & Glushon, Inc., | : | Adv. Pro. No. 14-50455 (MFW) |
| Wayne Long & Company, | : | Adv. Pro. No. 14-50462 (MFW) |
| Bush, James, G., | : | Adv. Pro. No. 14-50624 (MFW) |
| Deloitte & Touche, LLP, | : | Adv. Pro. No. 14-50626 (MFW) |
| FTI Consulting, Inc., | : | Adv. Pro. No. 14-50628 (MFW) |
| NFP Property & Casualty Service, Inc., | : | Adv. Pro. No. 14-50629 (MFW) |
| Oil Well Service Company, | : | Adv. Pro. No. 14-50630 (MFW) |
| Southern California Edison, | : | Adv. Pro. No. 14-50632 (MFW) |
| Southern California Gas Company, | : | Adv. Pro. No. 14-50633 (MFW) |
| Weatherford, Inc. | : | Adv. Pro. No. 14-50634 (MFW) |
| Defendants. | | |

## SCHEDULING ORDER

To promote the efficient and expeditious disposition of adversary proceedings, the following schedule shall apply to each of the above captioned adversary proceedings.

IT IS HEREBY ORDERED that:

1.      The pre-trial conference shall take place on **March 18, 2015 at 2:00 p.m.**

2.      The discovery planning conference described in Fed. R. Civ. P. 26 (f), made applicable by Fed. R. Bankr. P. 7026, shall take place no later than **April 20, 2015.**

---

[1] The Debtors in these cases are: Tri-Valley Corporation, Tri-Valley Oil & Gas, Co., and Select Resources Corporation, Inc.

3.      The parties shall provide the initial disclosures under Fed. R. Civ. P. 26 (a)(1) no later than **April 20, 2015.** Any extension of the deadline to provide initial disclosures must be by Order of the Court and will only be granted for good cause shown.

4.      All fact discovery shall be completed by **December 4, 2015.**

5.      The parties shall provide expert reports for any issue on which they bear the burden of proof, not including insolvency of the Debtor, by **February 4, 2016.** If the Defendant intends to provide expert testimony regarding the insolvency of the Debtor, any such expert report must be provided by **March 4, 2016.** Any expert report by Plaintiff on the insolvency of the Debtor, as well as any Parties' expert report intended to rebut any other expert report, shall be provided by **April 4, 2016.** Defendant shall provide any expert intended to rebut any report on insolvency by Plaintiff by **May 4, 2016.** All reports shall provide the information required by Fed. R. Civ. P. 26 (a)(2)(B). All expert discovery shall be completed, and discovery shall close, by **June 6, 2016.**

6.      Pursuant to the General Order Regarding Procedures in Adversary Proceedings entered by the Honorable Mary F. Walrath on April 7, 2004 and Rule 9019-5 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, no later than **December 5, 2015,** the parties shall file a Stipulation Regarding Appointment of a Mediator or a statement that the parties cannot agree on a mediator and a request that the Court select and appoint a mediator to the proceeding. For the avoidance of doubt, nothing in this provision is meant to vacate or otherwise impact any appointment pursuant to a previously-entered mediation order.

7.      Within sixty (60) days after the entry of an Order Assigning the Adversary Proceeding to Mediation or February 8, 2016 (whichever is later), the mediator shall either (a) file the mediator's certificate of completion, or (b) if the mediation is not concluded, file a status report that provides the projected schedule for completion of the mediation. To the extent the provisions of any previously entered mediation order conflict with the provisions of this Scheduling Order in relation to the timing set for mediation, the provisions of the Scheduling Order shall control.

ME1 20010401v.1

8.     All dispositive motions shall be filed and served by **July 5, 2016** (the "Dispositive Motion Deadline") and shall be subject to Rule 7.12 of the Local Rules of Civil Practice and Procedure of the United States District Court of the District of Delaware.

9.     The parties shall file, no later than three (3) business days prior to the earlier of date set for (i) pre-trial conference (if one is scheduled) or (ii) trial, their Joint Pre-Trial Memorandum approved by all counsel and shall contemporaneously deliver two (2) copies thereof to Judge Walrath's chambers.

10.    Trial shall be set for a date one hundred eighty (180) days after the Dispositive Motion Deadline or as soon thereafter as the Court's calendar permits. The Court may, in its discretion, schedule a pre-trial conference in lieu of or in addition to the trial.

11.    The Plaintiff shall file a status report sixty (60) days after the date of this scheduling order, each sixty (60) days thereafter, and thirty (30), twenty (20), and then ten (10) days prior to trial, setting out the status of each unresolved adversary proceeding subject to this Order.

12.    With the exception of pre-trial and trial dates, deadlines contained in this Order may be extended by written stipulation of the parties with presentation to the Court to approve. Pre-trial and trial dates may be modified only by the court and only upon written motion for good cause shown.

13.    The Plaintiff shall serve this Scheduling Order on each Defendant within five (5) business days after entry of this Order.

Dated: March 18, 2015
      Wilmington, DE

                               The Honorable Mary F. Walrath
                               United States Bankruptcy Judge

MEI 20010401v.1